

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Keithan Kashad Brown, Appellant

No. 06-20-00133-CR          v.

The State of Texas, Appellee

Appeal from the 296th District Court of Collin County, Texas (Tr. Ct. No. 296-84517-2018).    Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We note that the appellant, Keithan Kashad Brown, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MAY 5, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk